GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

SETH T. GOERTZ
Assistant U.S. Attorney
Arizona State Bar No. 031645
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: seth.goertz@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-17-00317-JAT |
|---|---|
| Plaintiff, | **GOVERNMENT'S RESPONSE TO KEVIN McCOY'S MOTION TO REMOVE SEPARATEE/NO CONTACT ORDER** |
| vs. | |
| Ruelas et al., | |
| Defendants. | |

The government has received Kevin Dean McCoy's motion to remove the separatee/no contact order between him and his fiancé/co-defendant, Amber Nicole Worrell. The government has no objection to the request.

Respectfully submitted this 22nd day of October, 2021..

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona


 *s/Seth T. Goertz*
SETH T. GOERTZ
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on 22nd day of October, 2021., I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System and caused a copy to be mailed to the following pro se filer:

Kevin Dean McCoy
#84295-408
Central Arizona Florence Correctional Complex
P.O. Box 6300
Florence, Az 85132

 s/ Daniel Parke
U.S. Attorney's Office