WO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

v.

Silvester Ruelas,

Defendant.

No. CR-17-00317-PHX-JAT-1

**ORDER**

Defendant Silvester Ruelas, who is presently incarcerated at the Federal Correctional Institution, has filed a motion for a copy of "my court docket detailing ECF filings." (Doc. 358).  The Court's ECF docket sheet in this case (not including any of the underlying filings themselves) is 53 pages as of today.

Mr. Ruelas has failed to articulate a reason he would require a copy of the ECF docket in this case.  Further, Mr. Ruelas has failed to explain why he cannot obtain whatever portions of his file he seeks from his attorney.  Mr. Ruelas does not have in forma pauperis status for purposes of 28 U.S.C § 1915(c) or 28 U.S.C. 753(f).

Moreover, since February 18, 2020, when Mr. Ruelas filed his motion to vacate, correct or set aside sentence (Doc. 268), and continuing through Mr. Ruelas' multiple motions for release (Docs. 277, 331, 337, and 343), all of the filings relevant to Mr. Ruelas have been sent to Mr. Ruelas because he is a pro se litigant.  The Court will not resend all of the filings that were previously sent; nor will the Court chronicle all of those filings for Mr. Ruelas. *See Rasberry v. Garcia*, 448 F.3d 1150, 1153 (9th Cir. 2006); *Pliler v. Ford*, 542 U.S. 225, 231 (2004) ("District judges have no obligation to act as counsel or paralegal

to *pro se* litigants.").

Accordingly,

**IT IS ORDERED** denying Defendant Ruelas' motion for copies of court records (Doc. 358).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order to Mr. Ruelas pro se, Mr. Ruelas' counsel (who has not withdrawn or been otherwise terminated from representation) and the AUSA assigned to this case.

Dated this 14th day of July, 2026.

James A. Teilborg
Senior United States District Judge