WO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

v.

Silvester Ruelas,

Defendant.

No. CR-17-00317-1-PHX-JAT

**ORDER**

On June 22, 2026, Defendant Ruelas moved for a copy of the Court's docket in this case. The Court issued the following Order:

> Defendant Silvester Ruelas, who is presently incarcerated at the Federal Correctional Institution, has filed a motion for a copy of "my court docket detailing ECF filings." (Doc. 358). The Court's ECF docket sheet in this case (not including any of the underlying filings themselves) is 53 pages as of today.
>
> Mr. Ruelas has failed to articulate a reason he would require a copy of the ECF docket in this case. Further, Mr. Ruelas has failed to explain why he cannot obtain whatever portions of his file he seeks from his attorney. Mr. Ruelas does not have in forma pauperis status for purposes of 28 U.S.C § 1915(c) or 28 U.S.C. 753(f).
>
> Moreover, since February 18, 2020, when Mr. Ruelas filed his motion to vacate, correct or set aside sentence (Doc. 268), and continuing through Mr. Ruelas' multiple motions for release (Docs. 277, 331, 337, and 343), all of the filings relevant to Mr. Ruelas have been sent to Mr. Ruelas because he is a pro se litigant. The Court will not resend all of the filings that were previously sent; nor will the Court chronicle all of those filings for Mr. Ruelas. *See Rasberry v. Garcia*, 448 F.3d 1150, 1153 (9th Cir. 2006); *Pliler v. Ford*, 542 U.S. 225, 231 (2004) ("District judges have no obligation to act as counsel or paralegal to *pro se* litigants.").
>
> Accordingly,
>
> **IT IS ORDERED** denying Defendant Ruelas' motion for copies of court records (Doc. 358)….

(Doc. 359).

Defendant Ruelas has moved for reconsideration of the denial. (Doc. 360). In his motion, Defendant Ruelas still fails to articulate a legitimate reason he seeks the docket sheet in this case. Specifically, Defendant Ruelas claims he wants the docket sheet to decide which filings he wishes to request. However, as previously noted, all filings since 2020 have already been sent to Defendant Ruelas. (Docs. 268–360). Defendant Ruelas has failed to explain any need for any filings prior to 2020.

Further, of the 360 docket entries in this case, many of them relate to Defendant Ruelas' co-Defendants, not Defendant Ruelas. Defendant Ruelas has offered no explanation as to why he would need information on his co-Defendants.

Finally, Defendant Ruelas says he cannot request the pre-2020 filings from his former counsel because counsel is deceased. Former counsel's firm is still in existence, and Defendant Ruelas has not discussed whether he reached out to his former counsel's still-practicing partner for a copy of Defendant Ruelas' file.

For all of the foregoing reasons,

**IT IS ORDERED** that the motion for reconsideration (Doc. 360) is denied.

Dated this 20th day of August, 2026.

James A. Teilborg
Senior United States District Judge